UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| NINETEEN77 CAPITAL SOLUTIONS A LP, BERMUDEZ MUTUARI, LTD., and WILMINGTON TRUST NATIONAL ASSOCIATION, | Case No.: 1:23-cv-07984 |
| Plaintiffs, | Removed From: |
| -against- | Supreme Court of New York, County of New York: |
| CHARIF SOUKI, Individually, KARIM SOUKI, CHRISTOPHER SOUKI, and LINA SOUKI RIZZUTO, as Trustees of the SOUKI FAMILY 2016 TRUST, | Commercial Division, Index No. 654043/2023 |
| Defendants. | |

------------------------------------------------------------------X

## NOTICE OF MOTION TO TRANSFER VENUE

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Megan Dubatowka and exhibits thereto, the accompanying Declaration of Amy Farish and the exhibits thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings in this case, Defendants Charif Souki, and Karim Souki, Christopher Souki, and Lina Souki Rizzuto, as Trustees of the Souki Family 2016 Trust (collectively, "Defendants"), by their undersigned counsel, hereby move the Court for an order pursuant to 28 U.S.C. § 1404 and 28 U.S.C. § 1412 granting (i) Defendants' motion to transfer the above-styled proceeding in its entirety to the United States District Court for the Southern District of Texas, and then for automatic transfer the United States Bankruptcy Court for the Southern District of Texas (the "Texas Bankruptcy Court") pursuant to General Order 2012-6 of the Texas District Court, and (ii) such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(b) of the Local Rules of the Southern and Eastern Districts of New York, opposition papers shall be filed and

served within fourteen days of this filing, and Defendants' reply papers shall be filed and served within seven days of such answering papers.

Dated: September 9, 2023

                              HARRIS ST. LAURENT & WECHSLER LLP

                              By: */s/ Megan Dubatowka*
                                   Yonaton Aronoff
                                   Megan Dubatowka
                                   40 Wall Street, 53rd Floor
                                   New York, New York 10005
                                   (212) 397-3370
                                   yaronoff@hs-law.com
                                   mdubatowka@hs-law.com

                              YETTER COLEMAN LLP
                                   R. Paul Yetter
                                   Timothy S. McConn
                                   Autry W. Ross
                                   Jamie A. Aycock
                                   Amy C. Farish
                                   David J. Gutierrez
                                   (*Pro Hac Vice* applications forthcoming)
                                   811 Main Street, Suite 4100
                                   Houston, Texas 77002
                                   (713) 632-8000

                              *Attorneys for Defendants*